**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-00499-DOC-MBK                    Date: February 5, 2026

Title: Magomed Batyzhev v. U.S. Department of Homeland Security et al

PRESENT:   THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING BRIEFING SCHEDULE FOR TEMPORARY RESTRAINING ORDER [2]**

On February 4, 2026, Petitioner Tigran Sargasyan ("Petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition" or "Pet."), challenging the lawfulness of his detention by U.S. Immigration and Customs Enforcement ("ICE"). Petition (Dkt. 1). On the same day, Petitioner filed a Motion for a Temporary Restraining Order (TRO) (Dkt. 2).

Respondents are **ENJOINED** from transferring, relocating, or removing Petitioner from the Central District of California without further order of the Court and pending final resolution of this litigation. The TRO is now moot.

The Federal Public Defender's Office is **APPOINTED** to assist Petitioner with his writ of habeas corpus should the Petitioner be eligible for representation.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                      Initials of Deputy Clerk: kdu

CIVIL-GEN