JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGOMED BATYZHEV,<br><br>                    Petitioner,<br><br>          v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, ET AL.,<br><br>                    Respondents. | Case No. 5:26-cv-00499-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: February 20, 2026

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE